# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00133-CV

**Anthony F. Binetti, Appellant**

**v.**

**Stephen A. Quance, Appellee**

### FROM COUNTY COURT AT LAW NUMBER ONE OF TRAVIS COUNTY
### NO. CV-09-011824, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Anthony F. Binetti filed a motion requesting that this appeal be dismissed.

*See* Tex. R. App. P. 42.1(a)(1).  We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed:   June 30, 2010